UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZELOS FIELDS,<br><br>                     Petitioner,<br><br>         v.<br><br>WARREN L. MONTGOMERY,<br>Warden,<br><br>               Respondent. | Case No. CV 17-03122-VAP (SHK)<br><br>ORDER DISMISSING ACTION<br>WITHOUT PREJUDICE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the relevant records on file, and the Report and Recommendation ("R&R") of the United States Magistrate Judge. No objections to the Report and Recommendation were filed. The Court has made a de novo determination of the Report and Recommendation and the Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered dismissing this action with prejudice.

Dated: December 20, 2018

_____
HON. VIRGINIA A. PHILLIPS
Chief United States District Judge