JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZELOS FIELDS,<br>　　　　　Petitioner,<br>　　v.<br>WARREN L. MONTGOMERY,<br>Warden,<br>　　　　　Respondent. | Case No. CV 17-03122-VAP (SHK)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of the United States Magistrate Judge,

IT IS HEREBY ORDERED AND ADJUDGED that the Petition be dismissed with prejudice.

Dated: December 20, 2018

HON. VIRGINIA A. PHILLIPS
Chief United States District Judge